No. 43128.—Protests 701551–G, etc., of M. Pressner & Co. (New York).

Opinion by TILSON, J.  In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) rubber balls at 30 percent under paragraph 1502; (2) rubber articles at 25 percent under paragraph 1537; (3) tin kazoos at 45 percent under paragraph 397; and (4) squawker balloons at 45 percent under paragraph 409.  *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) and Abstracts 41517, 25607, 32264, and 40493 followed.

No. 43129.—Protest 694432–G of S. Lisk & Bro. (New York).

Opinion by TILSON, J.  In accordance with stipulation of counsel rubber articles like those the subject of Abstract 41517 were held dutiable at 25 percent under paragraph 1537.  Joke articles in chief value of paper similar to those the subject of Abstract 37540 were held dutiable at 35 percent under paragraph 1413.  Novelties in chief value of fur were held dutiable at 50 percent under paragraph 1519 (e).  Abstract 25607 followed.

No. 43130.—Protest 693809–G of S. Lisk & Bro. (New York).

Opinion by TILSON, J.  In accordance with stipulation of counsel novelties in chief value of rubber similar to those involved in Abstract 25607 were held dutiable at 25 percent under paragraph 1537; joke articles in chief value of paper were held dutiable at 35 percent under paragraph 1413, Abstract 37540 followed; uninflated rubber balls the same as those involved in *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) were held dutiable at 30 percent under paragraph 1502; and rubber articles similar to those involved in Abstract 41517 were held dutiable at 25 percent under paragraph 1537.

BEFORE THE SECOND DIVISION, JANUARY 29, 1940

No. 43131.—Protests 28879–G, etc., of Sabbagh & Bros. et al. (New York).

Opinion by TILSON, J.  From the record it was found that the merchandise consists of Venice lace, filet lace, and articles in part of filet lace similar to that involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217) and *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065).  The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 43132.—Protests 486524–G, etc., of Mallouk Bros. (New York).

Opinion by TILSON, J.  From the record it was found that the merchandise consists of Venice lace and filet lace similar to that involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217) and *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065).  The claim at 75 percent under paragraph 1430 was therefore sustained.